IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00514–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DEON ROLLEN,
      a/k/a "Deacon",

      Defendant.

---

## ORDER

---

The matter is before the court on Mr. Rollen's application for a writ of habeas corpus

(#1819). Mr. Rollen cites no authority to support the application in these circumstances, and the

court is aware of none. No good cause has been shown for issuance of the writ. Therefore, it is

**ORDERED** that the application for a writ be DENIED.

Dated this 30th day of September, 2008.

                         BY THE COURT:

                         s/ Edward W. Nottingham
                         EDWARD W. NOTTINGHAM
                         Chief United States District Judge