IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: October 3, 2008 |
| Therese Lindblom, Court Reporter | |
| Kurt Thoene, Probation Officer | |

Criminal Action No. 04–cr–00514–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
|     Plaintiff, | |
| v. | |
| 1. DEON ROLLEN, | Joseph Saint-Veltri |
|     a/k/a "Deacon," | |
|     Defendant. | |

## COURTROOM MINUTES

**Hearing on Motion for Sentencing Reduction**

**10:34 a.m.**     Court in session.

Court calls case and appearances. Defendant's presence has been excused.

Discussion regarding motions for sentencing reduction.

Argument by Mr. Saint-Veltri.

Court reviews transcript and documents regarding Defendant's Change of Plea hearing of October 13, 2005.

Court's findings.

**ORDERED: 1.    The Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (#1748, filed June 12, 2008) is DENIED.**

**ORDERED: 2.    The Defendant's Addendum to Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (#1781, filed July 25, 2008) is DENIED.**

**ORDERED: 3.    Probation Officer shall prepare an amended judgment in accordance with the court's ruling.**

**11:27 a.m.**    Court in recess.

Hearing concluded.

Total time: 00:53