# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DEON ROLLEN ) | Case No: 04-cr-00514-EWN-01 |
|  ) | USM No: 25274-013 |
| Date of Previous Judgment: February 7, 2006 ) | Joseph Saint-Veltri, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X  DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 35 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 235 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):




**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated   February 7, 2006, shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   October 3, 2008                           s/ Edward W. Nottingham
                                                              Judge's signature

Effective Date: _____                Edward W. Nottingham, Chief U.S. District Judge
      (if different from order date)                    Printed name and title