IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02629-WYD
(Criminal Action No. 04-cr-00514-WYD-1)

UNITED STATES OF AMERICA,

v.

DEON ROLLEN,

      Movant,

## ORDER DIRECTING MOVANT TO CURE DEFICIENCY

      Movant, Deon Rollen, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, which the Court has construed as a motion under 28 U.S.C. § 2255. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order. Movant will be directed to cure the following if she wishes to pursue any claims in this court in this action. Any papers that Movant files in response to this order must include the civil action number on this order.

**Motion to Vacate, Complaint, Petition or Application**:
(10)   __   is not submitted
(11)   _X_   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. __
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   names in caption do not match names in text
(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __   other: _____

      Accordingly, it is

ORDERED that Movant, Deon Rollen, cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Movant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Rollen shall obtain the Court-approved Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](http://www.cod.uscourts.gov). It is

FURTHER ORDERED that, if Mr. Rollen fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

Dated: October 9, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE