IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   04-cr-00514-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   DEON ROLLEN,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582**

---

This matter is before the Court on the Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (ECF No. 2323), filed July 15, 2015.   Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u); 2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10; 3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 35 |
| Criminal History Category: | IV |
| Previous Guideline Range: | 235-293 months on Counts 1, 58, 59, 73, 74, 75, 76, 77, 91, 93, and 136 |
| | 48 months on Counts 33, 62, 63, 64, 78, 79, and 92 |

|  |  |
|---|---|
| Amended Offense Level: | 33 |
| Criminal History Category: | IV |
| Amended Guideline Range: | 188-235 months on Counts 1, 58, 59, 73, 74, 75, 76, 77, 91, 93, and 136 |
|  | 48 months on Counts 33, 62, 63, 64, 78, 79, and 92 |

It is further ordered that Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (ECF No. 2323) is **GRANTED.** Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 264 months imprisonment is reduced to **211 months on Counts 1, 58, 59, 73, 74, 75, 76, 77, 91, 93, and 136; 48 months on Counts 33, 62, 63, 64, 78, 79, and 92— all sentences to be served concurrently,** EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on February 7, 2006, shall remain in effect.

Dated:   July 20, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE