AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | )  |
|---|---|
| v. | ) |
| DEON ROLLEN | ) Case No: 04-cr-00514-WYD-01 |
| a/k/a Deacon | ) |
|  | ) USM No: 25274-013 |
| Date of Previous Judgment: February 7, 2006 | ) Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of:   two hundred sixty-four (264) months **is reduced to** two hundred eleven (211) months on Counts 1, 58, 59, 73, 74, 75, 76, 77, 91, 93 and 136, and forty-eight (48) months on Counts 33, 62, 63, 64, 78, 79 and 92, all sentences concurrent.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months (Cts 1, 58, 59, 73–77, 91, 93, 136) | Amended Guideline Range: | 188 to 235 months (Cts 1, 58, 59, 73–77, 91, 93, 136) |
| Previous Guideline Term: | 48 months (Cts 33, 62, 63, 64, 78, 79, 92) | Amended Guideline Term: | 48 months (Cts 33, 62, 63, 64, 78, 79, 92) |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   February 7, 2006   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   July 20, 2015                        s/Wiley Y. Daniel
                                                                    *Judge's signature*

Effective Date:   November 1, 2015                Wiley Y. Daniel, U.S. District Judge
   *(if different from order date)*                    *Printed name and title*